THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL D. PAULUS, | : |
| **Plaintiff** | : |
| | : 3:12-CV-02122 |
| vs. | : |
| | : (Judge MARIANI) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| **Defendant** | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Michael D. Paulus as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Michael D. Paulus disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

_____
Robert D. Mariani
United States District Judge

Date: April 16, 2014